UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID PEPIN,

       Plaintiff,                         Case No. 2:19–cv–42

v.                                      Hon. Paul L. Maloney

WISCONSIN CENTRAL LTD.,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):          Motion for Protective Order (ECF No. 68)
Date/Time:         August 18, 2020   10:00 AM
Magistrate Judge:   Maarten Vermaat
Place/Location:    by telephone

*Counsel will use the Court's conference line: 866–434–5269, Access Code 6087272*

                                               MAARTEN VERMAAT
                                               U.S. Magistrate Judge

Dated:  August 10, 2020        By:    /s/ C. A. Moore_____
                                             Courtroom Deputy