UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID PEPIN,

    Plaintiff,

v.

    WISCONSIN CENTRAL LTD, d/b/a CN,

    Defendant.

Case No. 2:19-cv-00042

Honorable Hala Y. Jarbou
Magistrate Judge Maarten Vermaat

---

| | |
|---|---|
| Arvin J. Pearlman (P18743)<br>Benjamin J. Wilensky (P75302)<br>SOMMERS SCHWARTZ, P.C.<br>One Towne Square, 17th Floor<br>Southfield, MI 48076<br>(248) 355-0300<br>apearlman@sommerspc.com<br>bwilensky@sommerspc.com<br><br>David L. Blunt<br>BLUNT SLOCOMB, LTD.<br>P.O. Box 373<br>Edwardsville, IL 62025<br>dlb@bluntlaw.com<br><br>*Attorneys for Plaintiff* | Mary C. O'Donnell (P33479)<br>WISE CARTER CHILD &<br>CARAWAY, P.A.<br>28 W. Adams Ave.<br>Grand Park Centre, Suite 1700<br>Detroit, MI 48226<br>(313) 552-3534<br>mco@wisecareter.com<br><br>Charles H. Russell III<br>WISE CARTER CHILD &<br>CARAWAY, P.A.<br>401 East Capitol Street<br>Heritage Building, Suite 600<br>Jackson, MS 39201<br>(601) 968-5580 / (601) 968-5593<br>chr@wisecarter.com<br><br>*Attorneys for Defendant* |

**DEFENDANT'S RESPONSE TO
MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Wisconsin Central, Ltd. ("WCL"), through counsel, for its Response to Motion to Withdraw as Counsel for Plaintiff (ECF No. 123) states as follows:

WCL takes no position on the Motion to Withdraw as Counsel for Plaintiff ("motion to withdraw"). However, it does request that, if the Court is inclined to grant the motion to withdraw, its Order contain protocols for post-withdrawal proceedings. Specifically, WCL requests that the Order require that new counsel for plaintiff file an Appearance within thirty (30) days of the entry of the Order permitting withdrawal or, in the alternative, that plaintiff inform the Court in writing that he intends to proceed without representation of counsel, also within thirty (30) days; and, in the event that neither an Appearance by new counsel or a statement of proceeding without representative of counsel is filed within 30 (30) days, that this case be dismissed with prejudice without further hearing or further filings. A copy of a proposed Order is attached.

Given the brevity of this limited Response, Wisconsin Central Ltd. requests to be excused from the requirement of filing an accompanying Brief.

WHEREFORE, for the above reasons, Wisconsin Central Ltd. requests that if this Court permits withdrawal of counsel for plaintiff, that it enter the attached Order.

Respectfully admitted,

**WISCONSIN CENTRAL LTD, d/b/a CN**

BY:   /s/ Charles H. Russell, III
      CHARLES H. RUSSELL III, ESQ. (PHV)

OF COUNSEL:

CHARLES H. RUSSELL III, ESQ. (PHV)
WISE CARTER CHILD & CARAWAY, P.A.
401 East Capitol Street, Suite 600
Jackson, MS 39201
(601) 968-5500
chr@wisecarter.com

Mary C. O'Donnell (P33479)
WISE CARTER CHILD & CARAWAY, P.A.
28 W. Adams Avenue
Grand Park Centre, Suite 1700
Detroit, Michigan 48226
(313) 552-3534
mco@wisecareter.com

## CERTIFICATE OF SERVICE

I, Charles H. Russell III, one of the attorneys for Defendant Wisconsin Central LTD, d/b/a CN, hereby certifies that I have this date caused to be electronically mailed, a true and correct copy of the above and foregoing the *Defendant's Response To Motion To Withdraw As Counsel For Plaintiff* to the following:

| | |
|---|---|
| Arvin J. Pearlman (P18743) | David L. Blunt |
| Benjamin J. Wilensky (P75302) | BLUNT SLOCOMB, LTD. |
| SOMMERS SCHWARTZ, P.C. | P. O. Box 373 |
| One Towne Square, 17th Floor | Edwardsville, IL 62025-0373 |
| Southfield, MI 48076 | dlb@bluntlaw.com |
| (248) 355-0300 | |
| apearlman@sommerspc.com | |

Attorneys for Plaintiff

The statement above is true to the best of my knowledge and information.

Dated this the **7th** day of **May**, **2021**.

/s/  Charles H. Russell, III
CHARLES H. RUSSELL III, ESQ. (PHV)

3