UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID PEPIN,

    Plaintiff,                                      Case No. 2:19-cv-42

v.                                                  Hon. Hala Y. Jarbou

WISCONSIN CENTRAL LTD.,

    Defendant.
_____/

**<u>ORDER</u>**

On May 7, 2021, this Court entered an Order referring the motion to withdraw as counsel for plaintiff (ECF No. 123) to Magistrate Judge Maarten Vermaat.  Upon further review of this matter, the Court determines that the referral to Magistrate Judge Vermaat is no longer warranted. The Court will vacate the order of referral. Accordingly:

**IT IS HEREBY ORDERED** that the May 7, 2021 Order referring the motion to withdraw as counsel for plaintiff (ECF No. 123) to Magistrate Judge Maarten Vermaat is **VACATED**.

Date:   May 7, 2021                                /s/ Hala Y. Jarbou
                                                                HALA Y. JARBOU
                                                                UNITED STATES DISTRICT JUDGE