UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID PEPIN,

    Plaintiff,

v.

WISCONSIN CENTRAL LTD, d/b/a CN,

    Defendant.
_____/

Case No. 2:19-cv-42

Hon. Hala Y. Jarbou

## **ORDER**

Before the Court is Defendant's Motion for Leave to File Reply Brief in Support of Its Motion to Dismiss for Fraud on the Court (ECF No. 132). Accordingly:

**IT IS ORDERED** that Defendant's Motion for Leave to File Reply Brief in Support of Its Motion to Dismiss for Fraud on the Court (ECF No. 132) is **GRANTED**. The Clerk of the Court is directed to docket the proposed reply brief (ECF No. 132-1) as the reply in support of Defendant's motion to dismiss.

Dated:   May 11, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE