UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID PEPIN,

    Plaintiff,                               Case No. 2:19-cv-42

v.                                          Hon. Hala Y. Jarbou

WISCONSIN CENTRAL LTD.,

    Defendant.
_____/

**ORDER**

    This action comes before the Court on Defendant's Motion to Dismiss for Fraud on the Court (ECF No. 102).  Accordingly:

    **IT IS ORDERED** that a **HEARING** on Defendant's motion shall be held on **June 2, 2021, at 1:30 p.m.**, before District Judge Hala Y. Jarbou at 315 W Allegan St., Courtroom 128, Lansing, MI  48933.

    **IT IS FURTHER ORDERED** that parties shall present witnesses and evidence in support of their positions at the hearing.


Dated:  May 13, 2021                          /s/ Hala Y. Jarbou
                                                   HALA Y. JARBOU
                                                   UNITED STATES DISTRICT JUDGE