AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 2:19-cv-00042-HYJ-MV

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*

on *(date)*

☒ I served the subpoena by delivering a copy to the named person as follows: David Blunt, attorney for Plaintiff, at Blunt Slocomb, 1115 Locust Street, St. Louis, MO, 63101, via UPS overnight delivery, as agreed to by all counsel     on *(date)* 5/19/2021    ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 462.24

My fees are $            for travel and $            for services, for a total of $

I declare under penalty of perjury that this information is true.

Date: 5/19/2021

*Carol Jones*
*Server's signature*

Carol Jones, Paralegal
*Printed name and title*

Wise Carter
401 E. Capitol St., Suite 600
Jackson, MS  39201
*Server's address*

Additional information regarding attempted service, etc.:

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| DAVID PEPIN <br> *Plaintiff* <br> v. <br> WISCONSIN CENTRAL LTD, d/b/a CN <br> *Defendant* | ) ) ) ) ) ) |

Civil Action No. 2:19-cv-00042-HYJ-MV

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: DAVID PEPIN, 3938 DEPOT LANE, ROCK, MI, 49880

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U. S. District Court, Eastern District of Michigan <br> 315 W. Allegan St., Lansing, MI, 48933 | Courtroom No.: 128 - Judge Hala Jarbou <br> Date and Time: 6/2/2021 at 1:30 EDT |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5/18/2021

*KINIKIA D. ESSIX, CLERK OF COURT*

OR

_____                    /s/ *signature*
*Signature of Clerk or Deputy Clerk*                 *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Wisconsin Central Ltd., d/b/a CN, who issues or requests this subpoena, are:

Mary C. O'Donnell (P33479), Wise Carter, 28 W. Adams Ave., #1700, Detroit, MI, 48226 (313) 552-3534
Charles H. Russell, III (pro hac vice), Wise Carter, 401 E. Capitol St., #600, Jackson, MS, 39201 (601) 968-5500
Jeremy L. Birdsall (pro hac vice), Wise Carter, 401 E. Capitol St., #600, Jackson, MS, 39201 (601) 968-5500

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**Carol J. Jones**

| | |
|---|---|
| **From:** | UPS <pkginfo@ups.com> |
| **Sent:** | Wednesday, May 19, 2021 9:11 AM |
| **To:** | Carol J. Jones |
| **Subject:** | UPS Delivery Notification, Tracking Number 1Z3542340129099090 |

<<< EXTERNAL SENDER: This email is from someone outside WCCC's email system. Do not click links, open attachments, or provide your user ID/password unless you *trust* the source and *know* the contents are safe.>>>



### Hello, your package has been delivered.

**Delivery Date:** Wednesday, 05/19/2021
**Delivery Time:** 10:07 AM
**Left At:** INSIDE DELIV
**Signed by:** TAYLOR

# WISE CARTER CHILD & CARAWAY

| | |
|---|---|
| **Tracking Number:** | 1Z3542340129099090 |
| **Ship To:** | WISE CARTER CHILD & CARAWAY, P.A.<br>28 W. ADAMS AVE<br>STE 1700<br>DETROIT, MI 48226<br>US |
| **Number of Packages:** | 1 |
| **UPS Service:** | UPS Next Day Air® |
| **Package Weight:** | 3.2 LBS |
| **Reference Number:** | 19011-41679 |

Download the UPS mobile app

1

| Inv.Date | Inv.No. | Invoice Description | David Pepin | 5/18/2021 | $462.24 |
|---|---|---|---|---|---|
| | | | | | Amount |
| 05-18-2021 | Appearan | Appearance Fee | | | 462.24 |

The Reynolds and Reynolds Company  GM37476 Q  (01/18)

171908     Total:     $462.24

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**WISE CARTER**
WISE CARTER CHILD & CARAWAY, P.A.
ATTORNEYS AT LAW
P.O. Box 651
JACKSON, MISSISSIPPI 39205

171908
171908
85-129/842

PAY  Four Hundred Sixty-Two and 24/100 Dollars----------------------------------------

| | DATE | AMOUNT |
|---|---|---|
| TO THE ORDER OF  David Pepin | 5/18/2021 | $462.24 |

WISE CARTER CHILD & CARAWAY
GENERAL ACCOUNT
VOID AFTER 120 DAYS

RENASANT BANK

AUTHORIZED SIGNATURE

⑈171908⑈ ⑆084201294⑆ 41⑈0966⑈6⑈

**WISE CARTER CHILD & CARAWAY**

171908

| 9999 | David Pepin | 5/18/2021 | $462.24 |
|---|---|---|---|

| G/L Acct. | Req By | Matter I.D. | Cost Cod | Inv.No. | Inv.Date | Amount |
|---|---|---|---|---|---|---|
| 215-001 | | 19011-41679 | 99 | Appearance | 05-18-2021 | 462.24 |