# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

## MINUTES

DAVID PEPIN,

    Plaintiff,

v.

WISCONSIN CENTRAL LTD.,

    Defendant.

_____/

CASE NO.: 2:19-cv-42
DATE: May 28, 2021
TIME: 1:30 p.m. – 2:00 p.m.
PLACE: Lansing - Telephone
JUDGE: Hala Y. Jarbou

## APPEARANCES

PLAINTIFF(S):
Paul Slocomb

DEFENDANT(S):
Mary O'Donnell
Charles Russell, III

## PROCEEDINGS

NATURE OF HEARING:
Status conference held via telephone. Issues regarding taking of plaintiff's deposition addressed by Court.

COURT REPORTER:    AT&T Recording          /s/ Hannah Wagener
                                                                  CASE MANAGER