# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

## MINUTES

DAVID PEPIN,

       Plaintiff,

v.

WISCONSIN CENTRAL LTD.,

       Defendant.

_____/

CASE NO.  2:19-cv-42
DATE:  June 2, 2021
TIME:  1:31 p.m. – 3:17 p.m.
        4:10 p.m. – 5:23pm
PLACE:  Lansing, MI
JUDGE:  Hala Y. Jarbou

## APPEARANCES

PLAINTIFF(S):
Paul Slocomb

DEFENDANT(S):
Mary O'Donnell
Charles Russell, III
Jeremy Birdsall

## EXHIBITS

Exhibits 1, 3, 4, 6, 6.1, 7, 8, 9, 11, 16, 18, 20, 20.1, 22, 23, 24, 25, 26, 28, 30, 32, 35, 40, 41, 43, 44, 46, 50, and 51 admitted.

## WITNESSES

David Pepin (Defendant)
Carol Jones (Defendant)

## PROCEEDINGS

NATURE OF HEARING:
Evidentiary hearing on Defendant's Motion to Dismiss (ECF No. 102) held on the record.  Hearing to be continued to June 7, 2021, at 1:00pm, via Zoom.  Order to issue.

COURT REPORTER:   Genevieve Hamlin                     /s/ Hannah Wagener
                                                  CASE MANAGER