UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID PEPIN,

    Plaintiff,                           Case No. 2:19-cv-42

v.                                       Hon. Hala Y. Jarbou

WISCONSIN CENTRAL LTD.,

    Defendant.
_____/

## **ORDER**

    The Court held an evidentiary hearing regarding Defendant's Motion to Dismiss (ECF No. 102), with all parties present, on June 2, 2021. For the reasons stated on the record:

    **IT IS ORDERED** that the evidentiary hearing is continued to **Monday, June 7, 2021, at 1:00 p.m. via Zoom**. Zoom instructions will be filed under separate cover. RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED. LGenR 4.1(c)(i) and (ii).

Dated:  June 3, 2021                          /s/ Hala Y. Jarbou
                                                      HALA Y. JARBOU
                                                      UNITED STATES DISTRICT JUDGE