## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

### MINUTES

DAVID PEPIN,

     Plaintiff,

v.

WISCONSIN CENTRAL LTD.,

     Defendant.

_____/

CASE NO.  2:19-cv-42
DATE:  June 7, 2021
TIME:  1:04 p.m. – 2:45 p.m.
       3:22 p.m. – 3:58 p.m.
PLACE:  Lansing - Zoom
JUDGE:  Hala Y. Jarbou

### APPEARANCES

PLAINTIFF(S):
Paul Slocomb

DEFENDANT(S):
Mary O'Donnell
Charles Russell, III
Jeremy Birdsall

### EXHIBITS

Plaintiff's exhibits 1-13 and 16-21 admitted. Defendant's exhibit 52 admitted.

### WITNESSES

Lindsey Pepin (Plaintiff)

### PROCEEDINGS

NATURE OF HEARING:
Continued evidentiary hearing and oral argument on Defendant's Motion to Dismiss (ECF No. 102) held on the record via Zoom.

COURT REPORTER:   Genevieve Hamlin_____          _____/s/ Hannah Wagener_____
                                                    CASE MANAGER