UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID PEPIN,

    Plaintiff,

v.

WISCONSIN CENTRAL LTD.,

    Defendant.

_____/

Case No. 2:19-cv-42

Hon. Hala Y. Jarbou

## **ORDER**

    Before the Court is WCL's Unopposed Motion for Status Conference (ECF No. 177). Accordingly:

    **IT IS ORDERED** that WCL's Unopposed Motion for Status Conference (ECF No. 177) is **GRANTED IN PART** and **DENIED IN PART**. The motion is granted regarding a status conference to discuss the third-party reviewer, and a status conference is set for Wednesday, August 4, 2021, at 2:30 p.m. via Zoom. Videoconference information will be issued separately. Pursuant to the Court's order denying Plaintiff's appeal of the Magistrate Judge's June 1, 2021, order (ECF No. 178), all other relief is denied as moot.

Dated: July 30, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE