UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID PEPIN,

    Plaintiff,

v.

Case No. 2:19-cv-42

Hon. Hala Y. Jarbou

WISCONSIN CENTRAL LTD, d/b/a CN,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's Motion to Establish a Payment Plan to Pay the Attorney Fee Award (ECF No. 270). Accordingly:

**IT IS ORDERED** that Plaintiff's Motion to Establish a Payment Plan to Pay the Attorney Fee Award (ECF No. 270) is **GRANTED**. Plaintiff shall make monthly payments of $250.00 until the attorney fee award is paid in full, which shall be no later than March 1, 2022.

**IT IS FURTHER ORDERED** that the first payment is due October 9, 2021, and each subsequent payment is due on the 9th of every month.

Dated:  October 5, 2021                  /s/ HALA Y. JARBOU
                                                            HALA Y. JARBOU
                                                            UNITED STATES DISTRICT JUDGE