UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 2:19-cv-42-HYJ | 10/7/2021 | 9:30 am – 1:12 pm | Maarten Vermaat |

## CASE CAPTION

David Pepin v Wisconsin Central Ltd.

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Paul Slocomb | Plaintiff |
| Mary O'Donnell and Charles Russell | Defendant |

## PROCEEDINGS

**NATURE OF HEARING:** Settlement Conference

Case settled. Parties to file settlement paperwork by 10:00 a.m. Tuesday, October 12 or appear in person for a final pretrial conference. If the case proceeds to a final pretrial conference, Parties shall file a joint final pretrial order prior to the conference.

Proceedings Partially Digitally Recorded via Zoom