UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID PEPIN,

       Plaintiff,                              Case No. 2:19–cv–42

v.                                            Hon. Hala Y. Jarbou

WISCONSIN CENTRAL LTD.,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Final Pretrial Conference
Date/Time:               October 12, 2021   10:30 AM
Magistrate Judge:    Maarten Vermaat
Place/Location:        by telephone

*Each counsel shall call the conference call line at 866–434–5269 and use access code 6087272#*

                                                  MAARTEN VERMAAT

Dated:  October 8, 2021        By:   /s/_____
                                               Deputy Clerk