UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID PEPIN,

    Plaintiff,

v.

Case No. 2:19-cv-00042

Honorable Hala Y. Jarbou
Magistrate Judge Maarten Vermaat

WISCONSIN CENTRAL LTD, d/b/a CN,

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THE PARTIES, through respective counsel having agreed to and announced to the Court a settlement of this case, the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket,

IT IS, THEREFORE, ORDERED that this case is hereby DISMISSED WITH PREJUDICE as to all parties. If either party fails to comply with the terms of the settlement agreed to by all parties and/or with the terms of this Court's Order regarding payment of the attorney fee award (ECF No. 273), either aggrieved party may reopen the case for enforcement of the settlement agreement and/or the terms of the attorney fee payment plan Order (ECF No. 273). The Court specifically retains jurisdiction to enforce the settlement agreement and/or the terms of the payment plan Order (ECF No. 273).

Dated:    October 12, 2021               /s/ Hala Y. Jarbou
                                                         HALA Y. JARBOU
                                                         UNITED STATES DISTRICT JUDGE

**AGREED:**

*/s/ Paul S. Slocomb*
Counsel for Plaintiff

*/s/ Mary C. O'Donnell*
Counsel for Defendant